IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOE CLEVELAND MARKS;<br><br>Defendant. | Civil Action No. ______________ |

**PLAINTIFF'S ORIGINAL COMPLAINT**

COMES NOW Plaintiff, Jane Doe, proceeding under a pseudonym, in the above-styled action by and through her undersigned counsel, and hereby files this Complaint against Defendant, Joe Cleveland Marks, and respectfully shows this Honorable Court as follows:

**NATURE OF THE ACTION**

1.

This is a civil action arising under 15 U.S.C. § 6851, which provides a private right of action for victims of nonconsensual distribution of intimate images.

2.

Defendant knowingly disclosed Plaintiff's intimate image without her consent to multiple third parties and threatened further dissemination, causing severe emotional distress, reputational harm, and ongoing fear for her safety.

**PARTIES, JURISDICTION, AND VENUE**

3.

Plaintiff Jane Doe is an individual residing in Spring, Texas. Plaintiff brings this action

under a pseudonym to protect her privacy and avoid further harm arising from the disclosure of intimate images.[1]

4.

Defendant Joe Cleveland Marks is an individual who has engaged in conduct directed at Plaintiff in Texas and caused harm within this District.

5.

Service can be made on Defendant Marks by serving him at his residence, informed and believed to be located at 5001 W Wadley Ave, Apt A213, Midland, Texas 79707.

6.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law, specifically 15 U.S.C. § 6851.

7.

Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District, and Plaintiff resides in this District.

8.

Defendant's conduct was intentionally directed toward Plaintiff in Texas, and the resulting harm was suffered in this District.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

9.

Plaintiffs re-allege and incorporate all preceding paragraphs as if fully set forth herein and further state as follows:

[1] Plaintiff is seeking an order of the Court to proceed under the pseudonym Jane Doe.

10.

Plaintiff met Defendant online through a TikTok live session organized by a third party.

11.

Plaintiff and Defendant never met in person but began to engage in a romantic relationship.

12.

On or about February 17, 2026, Plaintiff shared a private, intimate image of herself with Defendant.

13.

The image depicted Plaintiff's midsection with her breasts exposed.

14.

Although Plaintiff's face was not shown, she is identifiable from the image through her clothing, jewelry, and distinguishing bodily features.

15.

Plaintiff shared the image with Defendant with the expectation that it would remain private.

16.

Plaintiff did not consent to Defendant sharing or distributing the image to any third party.

17.

On February 25, 2026, Defendant knowingly and intentionally disclosed Plaintiff's intimate image to a third party, Phillip Mark Ford, without Plaintiff's consent.

18.

On or before March 10, 2026, Defendant disclosed the same image to another individual,

Gregory Mouton, without Plaintiff's consent.

19.

Defendant also threatened to distribute Plaintiff's intimate images on multiple occasions, including during a TikTok live session on March 8, 2026.

20.

Upon information and belief, Defendant distributed Plaintiff's intimate image to additional individuals, including but not limited to Mark Anthony Pullen.

21.

In addition to distributing Plaintiff's intimate image, Defendant repeatedly made derogatory and false statements about Plaintiff during TikTok live sessions.

22.

On March 19, 2026, Plaintiff sent Defendant a cease-and-desist demand instructing him to stop all contact and refrain from distributing her intimate images.

23.

Despite this demand, Defendant's conduct has continued and has caused ongoing fear, distress, and reputational harm.

## DAMAGES

24.

Plaintiffs re-allege and incorporate all preceding paragraphs as if fully set forth herein and further state as follows:

25.

As a direct result of Defendant's conduct, Plaintiff has suffered severe emotional distress, including humiliation, anxiety, insomnia, and social isolation.

26.

Plaintiff has lost friendships and relationships due to Defendant's conduct and false statements.

27.

Plaintiff has experienced fear for her safety, including fear of Defendant traveling to her location.

28.

Plaintiff has suffered interference with her personal life, including anticipated impacts on family and custody-related matters.

29.

Plaintiff has required and will require psychological treatment, including therapy.

30.

Plaintiff has experienced suicidal ideation as a result of Defendant's actions.

31.

Defendant's actions were intentional, malicious, and in reckless disregard of Plaintiff's rights.

## COUNT I
## VIOLATION OF 15 U.S.C. § 6851

32.

Plaintiffs re-allege and incorporate all preceding paragraphs as if fully set forth herein and further state as follows:

33.

Defendant knowingly disclosed an intimate visual depiction of Plaintiff.

34.

Plaintiff had a reasonable expectation that the image would remain private.

35.

Defendant knew or recklessly disregarded that Plaintiff did not consent to the disclosure.

36.

Plaintiff is identifiable from the image.

37.

Defendant's disclosures caused harm to Plaintiff.

38.

Defendant is liable to Plaintiff for damages under 15 U.S.C. § 6851.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs prays that this Court:

(a) Award actual damages, including damages for emotional distress;

(b) Award statutory damages as permitted by law;

(c) Award punitive damages;

(d) Award reasonable attorneys' fees and costs;

(e) Grant injunctive relief prohibiting further dissemination of Plaintiff's intimate images;

(f) Order Defendant to delete all copies of Plaintiff's intimate images in his possession or control; and

(g) Grant such other relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 17th day of April, 2026.

Respectfully submitted,

JW Law, LLC

*/s/ Joseph Wallace*________________

Joseph Wallace, Jr
GA Bar No. 981553
1425 Market Blvd., Suite 530-105
Atlanta, Georgia
Tel: (404)-590-8902
Email: jwallace@jwlaw.pro

**LAW OFFICES OF ANDRE' L. LIGON, P.C.**

/s/ *Andre' L. Ligon*___________________

Andre' L. Ligon
Texas Bar No. 00797840
1001 Texas Avenue, Suite 570
Houston, Texas 77002
(713) 662-2500 (Telephone)
(713) 222-0252 (Facsimile)
E-Service: efilings@andreligon.com
Atty Email: andre@andreligon.com

**ATTORNEYS FOR PLAINTIFF**